# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1912
LT Case No. 16-2024-CF-012155-A

———————————————

TERRANCE SHAWN FOSS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Matthew J. Metz, Public Defender, and Brian Hyer,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Daren L. Shippy,
Assistant Attorney General, Tallahassee,  for Appellee.

December 18, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____